# UNITED STATES DISTRICT COURT
## District of Minnesota

Rich Elbert, Jeff A. Kosek, Reichmann Land & Cattle LLP, Ludowese A.E. Inc., Michael Stamer

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

v.

Case Number: 18-cv-01574-JRT-TNL

United States Department of Agriculture, Risk Management Agency, Federal Crop Insurance Corporation

Defendants.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.   Plaintiffs' Motion for Summary Judgment [Docket No. 131] is **DENIED**;

2.   Defendants' Motion to Dismiss and Motion for Summary Judgment [Docket No. 141] is

   **DENIED** as to the Motion to Dismiss, and **GRANTED** as to the Motion for Summary

   Judgment.

Date: 8/24/2020

KATE M. FOGARTY, CLERK