# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Rich Elbert, Jeff A. Kosek, Reichmann Land & Cattle LLP, Ludowese A.E. Inc., Michael Stamer, <br><br> Plaintiffs, <br><br> v. <br><br> United States Department of Agriculture, Risk Management Agency, Federal Crop Insurance Corporation, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br><br> Case Number: 18-cv-1574 JRT/SGE |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' Petition for Writ of Mandamus [Docket No. 236] is **DENIED**.

2. Plaintiffs' Motion to Alter/Amend/Supplement Pleadings [Docket No. 253] is **DENIED**.

Date: 8/8/2025                                                                 KATE M. FOGARTY, CLERK